## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR194** |
| vs. | ) | |
| | ) | **ORDER** |
| **CONRAD A. JASPER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Upon review of the file,

**IT IS ORDERED:**

1. Defendant's Motion for leave to file a motion to suppress out of time [15] is granted. Defendant's Motion to Suppress [16] will be deemed timely filed and will be set for hearing by separate order.

2. The trial now set for August 15, 2006 is hereby cancelled and will be rescheduled after the Motion to Suppress [16] is resolved.

**DATED August 14, 2006.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**