IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR194 |
| | ) | |
| CONRAD A. JASPER, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **January 11, 2007** at **10:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion for Appointment of Substitute Counsel [40] filed by the defendant

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 11th day of January, 2006.

                                                  BY THE COURT:

                                                  s/ F.A. Gossett
                                                  United States Magistrate Judge