IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR194 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **CONRAD A. JASPER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to withdraw (Filing No. 47).

IT IS ORDERED:

1. The government's motion to withdraw (Filing No. 47) is granted; and

2. The information of prior conviction (Filing No. 35) is withdrawn.

DATED this 15th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge